UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TOPLINE CORPORATION,

Plaintiff,

v.

CALIFORNIA BOARD SPORTS, INC.,

Defendant.

Case No. C06-1509P

ORDER OF DISMISSAL

Counsel having notified the court of the settlement of this case, and it appearing that no issue remains for the court's determination,

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within 30 days of the date of this order. Any trial date and pretrial dates previously set are hereby VACATED.

IT IS SO ORDERED this 23 day of January, 2007.

Marsha J. Pechman
United States District Judge

06-CV-01509-ORD

ORDER OF DISMISSAL